information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

**Lemuel A. WELLS, III, Trustee for Claudia Wells, Respondent,**

v.

**Cecil W. HARNESS, Sr. Trustee of the Dora W. Harness Revocable Living Trust Agreement Dated November 9, 1999, Appellant.**

**No. ED 103650**

Missouri Court of Appeals, Eastern District, **NORTHERN DIVISION.**

Filed: December 27, 2016

Malaine P. Hagemeier, Bowling Green, MO, for appellant.

Joseph A. Brannon, New London, MO, for respondent.

Before Philip M. Hess, C.J., Lawrence E. Mooney, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM

Cecil W. Harness, Sr., as trustee of the Dora W. Harness Revocable Living Trust Agreement dated November 9, 1999, appeals from the denial of his request to quiet title to two tracts of land in the Harness trust name. An opinion would have no precedential value. We have fur-

nished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(1)&(5).